UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM ROSS,

        Plaintiff,

  v.

JOHN DOES,

        Defendants.

CASE NO. C16-5469 RJB-KLS

ORDER GRANTING EXTENSION TO RESPOND TO ORDER TO SHOW CAUSE

On July 18, 2016, Plaintiff was directed to show cause why his complaint should not be dismissed or to file an amended complaint by August 12, 2016. Dkt. 6. He timely filed motions requesting a ninety day extension of that deadline. Dkt. 7, 8, and 9.

Accordingly, it is **ORDERED:**

1. Plaintiff shall file an amended complaint or show cause why his complaint shall not be dismissed by **November 11, 2016**.

2. Plaintiff is reminded that pursuant to General Order 06-16, participation in the Prisoner E-Filing Initiative is **mandatory** for all prisoner litigants incarcerated at the Stafford Creek Corrections Center and **he must comply** by submitting documents to be filed with this Court to the law librarian/designee for electronic filing.

**DATED** this 15th day of August, 2016.

Karen L. Strombom
United States Magistrate Judge