UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM ROSS,<br><br>                Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DOC, et al.,<br><br>                Defendants. | CASE NO. 3:16-cv-05469-RJB-TLF<br><br>ORDER (1) DENYING PLAINTIFF'S MOTION TO STAY AND MOTION FOR TEMPORARY RESTRAINING ORDER, AND (2) RENOTING REPORT AND RECOMMENDATION TO DECEMBER 22, 2017 |

THIS ORDER follows consideration of Plaintiff's Motion to Stay and Motion for Temporary Restraining Order (Dkt. 59), and is issued following the Court's review of the file.

Plaintiff is an inmate in the custody of Department of Corrections (DOC) and alleges that, following a slip and fall incident, defendants were deliberately indifferent to his serious medical needs in violation of the Washington law and the Eighth Amendment. Dkt. 11. Plaintiff initiated this action on June 13, 2016. Dkt. 1.

On March 8, 2017, Defendants filed a Motion for Summary Judgment, which remains pending. Dkt. 35. A Report and Recommendation by Magistrate Judge Theresa L. Fricke

recommends granting Defendants' motion, which would dismiss the case. Dkt. 45. Plaintiff filed an Objection to the Report and Recommendation that the Court construed as a request for more time to conduct discovery. Dkt. 48 at 2. The Court then extended the discovery deadline to September 1, 2017. The Court also renoted the Report and Recommendation from June 16, 2017 to September 15, 2017. *Id.* On July 20, 2017, Plaintiff filed a motion to extend the discovery deadline by 90 days, but the Court denied the motion without prejudice as premature on August 17, 2017. Dkt. 52.

The Court re-noted the Report and Recommendation to October 13, 2017. Dkt. 55. Prior to the consideration of the R&R, Plaintiff filed objections. Dkt. 56. Plaintiff also filed a Motion to Stay and Motion for Temporary Restraining Order. Dkt. 59. The motion requests a stay pending completion of discovery, because, Plaintiff argues, Department of Corrections has obstructed Plaintiff's ability to obtain a witness statement from another inmate, Mr. Elgen McCoy. *Id.* At a telephonic status conference on November 7, 2017, Defendants' counsel agreed to inquire into the status of a declaration by Mr. McCoy. Dkt. 64. *See* Dkt. 66. Mr. McCoy has since filed a sworn affidavit. Dkt. 68.

There remains no outstanding discovery, so Plaintiff's motion should be denied as moot. However, the parties should be given the opportunity to supplement their objections.

THEREFORE, Plaintiff's Motion to Stay and Motion for Temporary Restraining Order (Dkt. 59) is DENIED WITHOUT PREJUDICE as moot.

The Report and Recommendation (Dkt. 45) and underlying Motion for Summary Judgment (Dkt. 35) are HEREBY RENOTED to Friday, December 22, 2017. If the parties wish to supplement their submissions, briefing is due as follows:

        Supplemental submissions, if any:        Monday, Dec. 18, 2017

ORDER (1) DENYING PLAINTIFF'S MOTION TO STAY AND MOTION FOR TEMPORARY RESTRAINING ORDER, AND (2) RENOTING REPORT AND RECOMMENDATION TO DECEMBER 22, 2017- 2

1 | Response to supplemental submissions: Friday, Dec. 22, 2017

Plaintiff is reminded of the warnings given to him by the Court for his consideration in filing any opposition to Defendants' motion for summary judgment. *See* Dkt. 55 at 2, 3.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 21st day of November, 2017.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER (1) DENYING PLAINTIFF'S MOTION TO STAY AND MOTION FOR TEMPORARY RESTRAINING ORDER, AND (2) RENOTING REPORT AND RECOMMENDATION TO DECEMBER 22, 2017- 3